IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-cr-30048-SMY |
| | ) |
| MICHAEL E. NANCE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Michael E. Nance pleaded guilty to the receipt of child pornography and was sentenced to 180 months' imprisonment and supervised release for life (Docs. 20, 36). Now pending before the Court is Nance's Motion for Early Termination of Supervised Release (Doc. 59), to which the United States and Probation object (Doc. 61).

After considering the relevant factors set forth in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). Here, Defendant asserts that early termination is appropriate because of his steady employment, completion of a court-ordered sex offender treatment program and court-ordered drug treatment program, and his compliance with the conditions of his supervised release.

While the Court acknowledges Defendant's record of compliance with the terms and conditions of supervised release and his efforts at reintegration, due to recent conduct relative to his computer use, Defendant has been referred by probation back to his sex offense therapist to evaluate his status and determine whether he is utilizing the relapse prevention plan put in place

during his treatment. Given this information and the nature and circumstances of the underlying offense, the Court finds that early termination of Defendant's supervised release is inappropriate at this time. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 59) is **DENIED**.

    **IT IS SO ORDERED.**

    DATED: September 10, 2024

**STACI M. YANDLE**
**United States District Judge**